**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | **CRIMINAL ACTION** |
| ) | **NO. 15-MJ-4125-DHH** |
| **JANERYS VEGA,** ) | (See also, District of Maine |
| ) | Cr. No.  15-29-JDL) |
| ) | |
| **Defendant** ) | |
| ) | |

**RULE 5 ORDER OF REMOVAL**
**March 24, 2015**

**Hennessy, M.J.**

### I. Nature of the Offense and the Government's Motion

This is a commitment to another District proceeding, pursuant to Fed. R. Crim. P. 5(c)(3). The Defendant, Janerys Vega, was arrested in this District pursuant to a warrant for her arrest issued in the United States District Court for the District of Maine.  The warrant was based on an Indictment charging Ms. Vega with Conspiracy to Distribute, and to Possess with Intent to Distribute, a mixture or substance containing heroin and fentanyl, and a separate count of Conspiracy to Distribute, and to Possess with Intent to Distribute, 28 grams or more of a mixture or substance containing cocaine base, both conspiracies being in violation of 21 U.S.C. § 846.

This Court conducted an initial appearance on March 19, 2015, the date of Vega's arrest, at which the Federal Public Defender was appointed to represent Ms. Vega for purposes of all proceedings in the District of Massachusetts.  Ms. Vega was advised of her right under the Constitution to remain silent and to the assistance of counsel at every critical stage of the

proceedings. The Court also advised Ms. Vega of her right to an identity hearing and to a detention hearing, either in this district or the District of Maine, and the provisions of Rule 20 under Fed. R. Crim. P. 5(c)(3). The United States moved for detention pursuant to the Bail Reform Act. At the initial appearance, Ms. Vega, with the assistance of her counsel, knowingly and voluntarily waived her right to an identity hearing; the Court finds, based on her waiver, that she is the person named in the warrant of arrest. The matter was continued to March 24, 2015 for a detention hearing.

On March 24, 2015, with the assistance of her counsel, Ms. Vega also waived her right to a detention hearing in this district without prejudice to seek release on conditions in the District of Maine.

The United States has produced a certified copy of the warrant in compliance with Rule 5.

## II. Order of Detention

WHEREFORE, the Defendant is REMANDED to the custody of the United States Marshals Service and ORDERED removed to the District of Maine.

## RIGHT OF APPEAL

THE PERSON OR PERSONS DETAINED BY THIS ORDER MAY FILE A MOTION FOR REVOCATION OR AMENDMENT OF THE ORDER PURSUANT TO 18 U.S.C. § 3145(b).

/s/ David H. Hennessy
**David H. Hennessy**
**UNITED STATES MAGISTRATE JUDGE**