✎ AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

| UNITED STATES OF AMERICA<br>V.<br>JANERYS VEGA | **COMMITMENT TO ANOTHER DISTRICT** |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 15-29-JDL | 15-MJ-4125-DHH | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☑ Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

**charging a violation of**   21    **U.S.C. §**   846

**DISTRICT OF OFFENSE**
DISTRICT OF MAINE

**DESCRIPTION OF CHARGES:**

Conspiracy to Distribute, and to Possess with Intent to Distribute, a mixture or substance containing heroin and fentanyl, and, Conspiracy to Distribute, and to Possess with Intent to Distribute, 28 grams or more of a mixture or substance containing cocaine base

**CURRENT BOND STATUS:**

☐ Bail fixed at $      and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☑ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**    ☐ Retained Own Counsel    ☑ Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**    ☑ No    ☐ Yes    Language:

**DISTRICT OF** MA

TO: THE UNITED STATES MARSHAL

    You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| 3/25/2015 | /s/ David H. Hennessy, United States Magistrate Judge |
|---|---|
| Date | Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |